**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 3:06CV00176 JLH |
| v. | ) ) | |
| SOUTHWESTERN BELL TELEPHONE, L.P. D/B/A  AT&T SOUTHWEST AND SBC COMMUNICATIONS | ) ) ) ) | |
| | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Equal Employment Opportunity Commission, (the Commission) by and through

undersigned counsel, submits Plaintiff's Response to Defendant's Motion for Summary

Judgment and states as follows.

1.      Plaintiff filed its complaint on September 28, 2006, alleging that Joe Gonzalez

and Glenn Owen were denied a reasonable accommodation of their sincerely held religious beliefs

and subjected to discharge in violation of Title VII of the Civil Rights Act of 1964, as amended.

Defendant filed its answer on or about November 30, 2006.

2.      Defendant submitted a Motion for Summary Judgment and accompanying

documents on August 16, 2007.

3.      Plaintiff contends that there are material questions of fact that preclude summary

judgment.    Plaintiff has established a prima facie case of religious discrimination.   Defendant

failed to make any effort to provide Mr. Owen and Mr. Gonzalez with a reasonable

accommodation.  Defendant has also failed to demonstrate that providing an accommodation for

Mr. Owen's and Mr. Gonzalez's sincerely held religious beliefs would constitute an undue

hardship.

      4.      Plaintiff has submitted a Brief in Support of its Response to Defendant's Motion

for Summary Judgment and a Response to Defendant's List of Undisputed Facts.

      5.      Plaintiff is also submitting the following exhibits in support of its response.

Ex. 1  O. Manning Depo.
Ex. 2  J. Gonzalez Depo.
Ex. 3  Owen Depo.
Ex. 4  J. Garrett Depo.
Ex. 5  Owen Vacation Request dated May 23, 2005 (Bates# SBC00999)
Ex. 6  A. Olea Depo.
Ex. 7  M. Binns Depo.  (misspelled as Benz in the deposition)
Ex. 8  Farley Depo.
Ex. 9  Motte letter to ESD (Bates## SBC 00379-00380)
Ex. 10  Vacation schedule (Bates# EEOC 0210)
Ex. 11  Cathy Jones emails (Bates## 00216-00217)
Ex. 12  Work Load Report (Bates # EEOC 0288)
Ex. 13  Defendant's Feb. 28, 2006 letter (Bates## EEOC 0205-0208)
Ex. 14  Defendant's May 4, 2006 letter (Bates # EEOC 0349-0350)
Ex. 15  Overtime Paid Report (Bates# EEOC 0290)
Ex. 16  W-2 forms of J. Gonzalez and G. Owen
Ex. 17  EEOC Charge of G. Owen
Ex. 18  Letter of Determination for G. Owen
Ex. 19  Conciliation Failure Letter for G. Owen
Ex. 20  EEOC Charge of J. Gonzalez
Ex. 21  Letter of Determination for J. Gonzalez
Ex. 22  Conciliation Failure Letter for J. Gonzalez
Ex. 23  <u>Sturgill v. UPS</u>, 2006 WL 3147665 (W.D.Ark. 2006)
Ex. 24  Affidavit of EEOC Area Office Director Wanda Milton

WHEREFORE, the Plaintiff requests that Defendant's Motion for Summary Judgment be denied and for all other relief to which it is entitled.

**RONALD S. COOPER**
General Counsel

**JAMES LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**FAYE A. WILLIAMS**
Regional Attorney

/s/ William A. Cash, Jr.
**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney
Ark. Bar #88081

**EQUAL EMPLOYMENT OPPORTUNITY**
 **COMMISSION**
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone:  (501) 324-5539

/s/ Darin B. Tuggle
**DARIN B. TUGGLE**
Trial Attorney
NJ Bar No. 048621998

**EQUAL EMPLOYMENT OPPORTUNITY**
 **COMMISSION**
1407 Union Avenue, Suite 901
Memphis, Tennessee 38104
Telephone:     (901) 544-0133

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2007, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Byron L. Freeland
Jeffrey L. Spillyards
MITCHELL, WILLIAMS, SELIG, GATES
  & WOODYARD, P.L.L.C. -- LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR  72201


<u>/s/ William A. Cash, Jr.</u>
**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney
Ark. Bar #88081
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone:  (501) 324-5539
Email: william.cash@eeoc.gov