IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PLAINTIFF |
| v.    NO. 3:06-CV-00176 JLH | |
| SOUTHWESTERN BELL TELEPHONE, L.P. d/b/a AT&T SOUTHWEST AND SBC COMMUNICATIONS | DEFENDANT |

## ORDER

The EEOC has moved *in limine* to prevent introduction of certain evidence regarding Glenn Owen on the ground that it is irrelevant and unfairly prejudicial. AT&T has responded that it will not mention that evidence without first approaching the bench to give the Court the opportunity to determine whether the testimony is relevant for purposes of cross-examination. Therefore, without objection, the motion *in limine* is GRANTED IN PART and DENIED IN PART. Before AT&T mentions the evidence that is the subject of the motion *in limine*, counsel must approach the bench to give the Court the opportunity to determine whether that testimony is relevant for purposes of cross-examination.

IT IS SO ORDERED this 9th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE