**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY                                                          PLAINTIFF
COMMISSION

v.                                              NO. 3:06CV00176 JLH

SOUTHWESTERN BELL TELEPHONE, L.P.
d/b/a AT&T SOUTHWEST and SBC
COMMUNICATIONS                                                                        DEFENDANT

## JUDGMENT

This matter came before the Court for trial by jury beginning on October 15, 2007. The Equal Employment Opportunity Commission appeared through its lawyers, William A. Cash, Jr., and Darin B. Tuggle. The persons on whose behalf the EEOC brought this action, Jose (Joe) Gonzalez and Glenn Owen, appeared in person. Southwestern Bell Telephone, L.P., d/b/a AT&T Southwest and SBC Communications, appeared through its lawyers, Byron L. Freeland and Timothy Scott Pickering, as well as its corporate representative, Phillip Farley. All parties announced ready for trial. A jury of twelve was duly selected and sworn. On October 19, 2007, the jury returned verdicts as follows:

**VERDICT FORM-JOE GONZALEZ**
* * *

On the religious discrimination claim of Joe Gonzalez, as submitted in Instructions 5 and 6, we find in favor of:

    *Joe Gonzalez*
    (Joe Gonzalez)                       or                  (Defendant)

**Note:** Answer the next question only if the above finding is in favor of the Plaintiff. If the above finding is in favor of the Defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find Joe Gonzalez's lost wages and benefits through the date of this verdict to be:

    $*136,000* (stating the amount or, if none, write the word "none").

We find Joe Gonzalez's other damages, excluding lost wages and benefits, to be:

$*230,000*  (stating the amount [or, if you find that Joe Gonzalez's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)]).

          */s/ Jimmy Thompson*
          Foreperson
          Dated:   *10-19-07*

### VERDICT FORM-GLENN OWEN
\* \* \*

On the religious discrimination claim of Glenn Owen, as submitted in Instructions 5 and 6, we find in favor of:

   *Glenn Owen*
   (Glenn Owen)    or    (Defendant)

**Note:** Answer the next question only if the above finding is in favor of the Plaintiff. If the above finding is in favor of the Defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find Mr. Owen's lost wages and benefits through the date of this verdict to be:

$*160,000*  (stating the amount or, if none, write the word "none").

We find Mr. Owen's other damages, excluding lost wages and benefits, to be:

$*230,000*  (stating the amount [or, if you find that Mr. Owen's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)]).

          */s/ Jimmy Thompson*
          Foreperson
          Dated:   *10-19-07*

Therefore, judgment is entered against Southwestern Bell Telephone, L.P., d/b/a AT&T Southwest and SBC Communications, in favor of the Equal Employment Opportunity Commission in the amount of $756,000, with interest to accrue at the rate of 4.14% per annum from this day forward.

The Court will retain jurisdiction to consider what equitable relief, if any, should be granted.

IT IS SO ORDERED this 23d day of October, 2007.

                                                _____  
                                                J. LEON HOLMES  
                                                UNITED STATES DISTRICT JUDGE