# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY                                                     PLAINTIFF
COMMISSION

v.                                                NO. 3:06CV00176 JLH

SOUTHWESTERN BELL TELEPHONE, L.P.                                                DEFENDANT

## **ORDER**

The plaintiff has submitted a Bill of Costs in the above referenced matter. The defendant has failed to timely respond and, therefore, costs will be awarded to plaintiff as follows:

The costs for fees of the court reporter and depositions in this matter will be allowed in the amount of $2,700.15.

IT IS THEREFORE ORDERED that costs are hereby awarded[1] to plaintiff and shall be taxed in favor of the Equal Employment Opportunity Commission against Southwestern Bell Telephone, L.P. in the amount of $2,700.15.

Dated this 12th day of December, 2007.

                                                                AT THE DIRECTION OF THE COURT
                                                                JAMES W. McCORMACK, CLERK

                                                                By  /s/ Cory Wilkins
                                                                         Courtroom Deputy

---

[1] Plaintiff's Bill of Costs has been docketed as a motion [#44] which is granted by this order.