IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | | PLAINTIFF |
| v. | NO. 3:06-CV-00176 JLH | |
| SOUTHWESTERN BELL TELEPHONE, L.P. D/B/A AT&T SOUTHWEST AND SBC COMMUNICATIONS | | DEFENDANT |

## ORDER

The Court entered a judgment in this matter on October 23, 2007. At that time the Court retained jurisdiction to consider Plaintiff's request for equitable relief. The Court hereby enters the following injunction. Defendant is enjoined from engaging in any employment practice which discriminates on the basis of religion.

Defendant is directed to reinstate Glenn Owen and Joe Gonzalez, with appropriate adjustments to seniority rights and benefits, to the positions they held prior to their terminations. Defendant is directed to pay front pay to Mr. Owen and Mr. Gonzalez from the point of judgment until the date of their reinstatement. Defendant is directed to pay interest on the front pay amounts from the point of judgment until Mr. Owen and Mr. Gonzalez are reinstated.

The Court orders that Glenn Owen is entitled to prejudgment interest in the amount of $15,764.52. The Court orders that Joe Gonzalez is entitled to prejudgment interest in the amount of $13,982.99.

IT IS SO ORDERED this 19th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE